IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JESUS HERNANDEZ-LOPEZ,<br><br>　　　　　　Defendant. | 8:10CR91<br><br>ORDER |

　　　　This matter comes before the Court on Defendant's motion to reduce sentence. Filing No. 160.  Defendant seeks a reduction in his sentence based on amendments to the United States Sentencing Guidelines.  *See* Filing No. 160 at 1–4.  However, on April 17, 2024, the Court entered an order granting Defendant the reduction he seeks.  *See* Filing No. 158; Filing No. 159.  Based on the date of the motion, it appears Defendant mailed it before receiving the Court's order.  *See* Filing No. 160 at 4–5.  Accordingly,

　　IT IS ORDERED:

1. Defendant's duplicate motion to reduce sentence, Filing No. 160, is denied as moot.

2. The Clerk of the Court is ordered to send a copy of this order and a copy of the orders at Filing No. 158 and Filing No. 159 to Defendant at his last known address and to the additional addresses he lists in his motion, Filing No. 160 at 4–5.

Dated this 2nd day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge