IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JESUS HERNANDEZ-LOPEZ,<br><br>　　　　　　　　Defendant. | 8:10CR91<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Defendant's motions to enforce judgment. Filing No. 164; Filing No. 165. On April 4, 2024, the Court granted the parties' stipulated motion for a 17-month reduction in sentence, resulting in a new sentence of 70 months. Filing No. 158. Defendant states that he has not been granted the reduction ordered. Filing No. 164; Filing No. 165. The Court will appoint counsel for Defendant and set the matter for a status hearing.

Accordingly, it is hereby ordered that:

1. The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter. The Federal Public Defender shall forthwith file an appearance.

2. The Court intends to set this matter for a status hearing at which counsel for both sides are ordered to appear. The hearing will be set by further Order of the Court.

Dated this 3rd day of March, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge