IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>JESUS HERNANDEZ-LOPEZ,<br><br>Defendant. | 8:10CR91<br><br>ORDER |

This matter is before the Court on Defendant's Motion to Reduce Sentence, Filing No. 172. The Court had previously instructed Defendant to contact his attorney or file a further motion with this Court if he had additional questions regarding the calculation of his sentence. See Filing No. 170. The Court is hereby referring the motion to his attorney, Cheryl Kessell, Federal Public Defender, to review the matter and determine if this motion is new or duplicative of Defendant's prior motions. Filing No. 152 (motion to reduce sentence), Filing No. 160 (motion to reduce sentence), and Filing Nos. 164 and 165 (motions to enforce judgment), which were previously resolved in orders from this Court. Filing Nos. 158, 161, and 170.

THEREFORE, it is ordered that Federal Public Defender, Cheryl Kessell, shall have 30 days from the date of this order to review Defendant's motion, Filing No. 172, and report her findings to the Court as to whether this matter should be treated as a new motion.

Dated this 4th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge