IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **8:10CR91** |
| vs. | |
| JESUS HERNANDEZ-LOPEZ, | **ORDER** |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Reduce Sentence, Filing No. 172, and Counsel's Motion to Withdraw as Attorney, Filing No. 175.

Defendant was sentenced to 87 months' incarceration for conspiracy to distribute methamphetamine. Following the retroactive Amendment 821 of the United States Sentencing Guidelines, the Court granted Defendant's motion for a sentence reduction as a zero-point offender and re-sentenced him to 70 months. Filing No. 158. Defendant now files for a further sentence reduction under Amendment 821, stating "during prison term [on the present case] I received a new charges: conspiracy to distribute and possess with the intention to distribute methamphetamine." Filing No. 172 at 2. The Court ordered Defendant's attorney to respond to the motion. Filing No. 174. She states she does not believe Defendant is eligible for further relief and requests to withdraw. Filing No. 175.

Defendant's motion appears to be a reference to U.S.S.G. § 4A1.1(e) under which the Court assesses points when a Defendant is under another criminal justice sentence during the commission of the instant offense. However, as noted in the previous order granting sentence reduction, Defendant was not assessed any criminal history points under this or any other criminal-history section of the Guidelines. Any changes to U.S.S.G

1

§ 4A1.1(e) made by Amendment 821 would therefore not impact Defendant's sentence. Alternatively, any new charges incurred *after* Defendant's sentencing (as his motion can be read to indicate) would not have affected the sentence he already received and are therefore not a basis for further sentence reduction either.  Accordingly,

IT IS ORDERED:

1) Defendant's Motion to Reduce Sentence, Filing No. 172, is denied.

2) Attorney Cheryl M. Kessell's Motion to Withdraw as Attorney, Filing No. 175, is granted.  She shall no longer receive CM/ECF notifications for the above-captioned case.

3) The Clerk of Court is ordered to mail a copy of this order to Defendant at his last known address.

Dated this 17th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2